**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DANIEL RIVERA-LOPEZ,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. EDCV 08-1551-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Petition is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 8, 2009</u>

                 *Virginia A. Phillips*
                 VIRGINIA A. PHILLIPS
                 United States District Judge